IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEROY DUFFIE,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN et al.,<br><br>          Defendants. | 4:13-CV-3169<br><br>ORDER |

This matter is before the Court on several filings relating to service of process. The motion to dismiss (filing 20) is denied, as the plaintiff has until April 4, 2014, to serve process on defendants first named in the plaintiff's amended complaint. See *Carmona v. Ross*, 376 F.3d 829, 830 (8th Cir. 2004). The Stipulation Regarding Plaintiff's Pending Motions (filing 27) will be granted. The plaintiff's motion to withdraw documents (filing 28) will also be granted, and the plaintiff's pending motion to stay (filing 22) and motion for leave to serve early discovery (filing 23) will therefore be denied as moot.

IT IS ORDERED:

1. The defendants' motion to dismiss (filing 20) is denied.

2. The parties' Stipulation Regarding Plaintiff's Pending Motions (filing 27) is granted.

3. The motion to withdraw documents (filing 28) is granted.

4. The plaintiff's motion to stay (filing 22) and motion for leave to serve early discovery (filing 23) are denied as moot.

Dated this 7th day of February, 2014.

BY THE COURT:

/s/ John M. Gerrard
John M. Gerrard
United States District Judge