IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEROY DUFFIE,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, A Municipal Corporation, et al;<br><br>            Defendants. | 4:13CV3169<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Bruce G. Mason to withdraw as counsel on behalf of Plaintiff Leroy Duffie, (filing no. 59), is granted.

June 12, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge