IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEROY DUFFIE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, A Municipal Corporation; NATHAN KAISER, TOBIAS HITE, SHANE JENSEN,<br><br>        Defendants. | 4:13CV3169<br><br>**MEMORANDUM AND ORDER** |

    Following the institution of this lawsuit, and particularly in the month of July 2014, it has come to the Court's attention that the City of Lincoln has entered into a contract with my oldest son, for lobbying services (for a period of at least 1 year).

    THEREFORE, IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

    DATED this 23rd day of July, 2014.

BY THE COURT:

_____
John M. Gerrard
United States District Judge