IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEROY DUFFIE,<br><br>              Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, A Municipal Corporation; NATHAN KAISER, TOBIAS HITE, SHANE JENSEN,<br><br>              Defendants. | 4:13CV3169<br><br>**MEMORANDUM AND ORDER** |

      A telephonic status conference was held on October 6, 2014 to discuss further progression of this case. As requested by the parties,

      IT IS ORDERED:

1) The written discovery and deposition deadlines are extended to November 21, 2014.

2) The deadline for filing motions for summary judgment and motions to dismiss is extended to January 30, 2015.

3) Trial is set for **May 4, 2015** at 9:00 a.m. in Courtroom #1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, NE before Judge Richard J. Kopf.

Dated: October 10, 2014

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge