IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEROY DUFFIE,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF LINCOLN, A Municipal Corporation; NATHAN KAISER, JOHN DOES, TOBIAS HITE, SHANE JENSEN,<br><br>          Defendants. | 4:13CV3169<br><br>**ORDER** |

IT IS ORDERED that the parties' motion, (Filing No. 104), is hereby granted.

Accordingly,

1) The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on August 10, 2015, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on July 28, 2015 at **9:00 a.m.**, and will be conducted by WebEx conferencing. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on July 27, 2015.

March 26, 2015.

                                                          BY THE COURT:

                                                          *s/ Cheryl R. Zwart*
                                                          United States Magistrate Judge