# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEROY DUFFIE, | |
| Plaintiff, | 4:13CV3169 |
| vs. | ORDER |
| CITY OF LINCOLN, A Municipal Corporation; NATHAN KAISER, JOHN DOES, TOBIAS HITE, SHANE JENSEN, | |
| Defendants. | |

IT IS ORDERED:

The motion to permit Brian D. Craig to withdraw as counsel on behalf of Plaintiff, (filing no. 113), is granted.

July 1, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge