IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEROY DUFFIE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3169 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF LINCOLN, A Municipal Corporation, NATHAN KAISER, JOHN DOES, TOBIAS HITE, and SHANE JENSEN, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based upon the decision of the Court of Appeals reversing and remanding this case and upon entry of the mandate,

IT IS ORDERED that this case is referred to Magistrate Judge Zwart for further progression.

DATED this 4th day of November, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge